**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS, and
SEIRRA CLUB,

Plaintiffs,

v. CIVIL ACTION NO. 3:20-0470

AUSTIN CAPERTON, Secretary,
West Virginia Department of Environmental Protection,

Defendant.

**ORDER**

The Court **GRANTS** the Consensual Motion to Extend Case Deadlines (ECF No. 14) and **ORDERS** as follows:

01/04/21 Defendant shall file its Answer to the Complaint.

12/31/20 Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

01/11/21 Last day for Rule 26(f) meeting.

01/19/21 Last day to file report of Rule 26(f) meeting C See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1.

02/01/21 Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed. Be prepared to discuss the following:

(a) the discovery to be completed and the amount of time necessary for its completion;
(b) the further formulation and simplification of issues, including possible elimination of claims or defenses;
(c) the possibility of entering into stipulations regarding issues for trial;

(d) the possibility of obtaining admissions regarding facts and documents; and
(e) other matters that will assist the parties in reaching a final resolution of this matter.

02/08/21 Entry of scheduling order.

02/16/21 Last day to make FR Civ P 26(a)(1) disclosures.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: December 7, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE