IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, and SIERRA CLUB, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 3:20-cv-00470<br>) |
| AUSTIN CAPERTON, Secretary, West Virginia Department of Environmental Protection, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each of the Plaintiffs and the Defendant, each by counsel and being all parties who have appeared in the above-captioned action, stipulate and agree that the action be dismissed with prejudice as moot. As provided for in Section 520(d) of the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1270(d), the Defendant shall pay the Plaintiffs' attorneys' fees and costs in the total aggregate amount of $25,181.50. Defendant agrees to make such payment within sixty days from the date of entry of this Stipulation and the submission of an invoice therefor.

Dated:  December 31, 2020

  /s/ J. Michael Becher
J. Michael Becher
Derek Teaney
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org
dteaney@appalmad.org

*Counsel for Plaintiffs*

          */s/ Kevin W. Barrett*
Benjamin L. Bailey
Kevin W. Barrett
Maggie B. Burrus
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
bbailey@baileyglasser.com
kbarrett@baileyglasser.com
mburrus@baileyglasser.com

*Attorneys for the Defendant*

*Attorneys for Defendant Sunpower, Inc.*